FILED
CLERK, U.S.D.C. SOUTHERN DIVISION

NOV 14 2011

CENTRAL DISTRICT OF CALIFORNIA
BY ___ DEPUTY

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL P. TORRES,<br><br>　　　　Petitioner,<br><br>　vs.<br><br>GREG LEWIS, Warden,<br><br>　　　　Respondent. | Case No. CV 11-01456-PSG (RNB)<br><br>ORDER ACCEPTING FINDINGS AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE |

　　　Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition, records on file, and the Report and Recommendation of the United States Magistrate Judge. Further, the Court has engaged in a de novo review of those portions of the Report and Recommendation to which objections have been made. The Court accepts the findings and recommendation of the Magistrate Judge.

　　　IT THEREFORE IS ORDERED that (1) petitioner's request for evidentiary hearing is denied; and (2) Judgment be entered denying the Petition and dismissing this action with prejudice.

DATED: 11/9/11

PHILIP S. GUTIERREZ
UNITED STATES DISTRICT JUDGE