Enter JS-6

FILED
CLERK, U.S.D.C. SOUTHERN DIVISION
NOV 14 2011
CENTRAL DISTRICT OF CALIFORNIA
BY ___ DEPUTY

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL P. TORRES,<br><br>        Petitioner,<br><br>vs.<br><br>GREG LEWIS, Warden,<br><br>        Respondent. | Case No. CV 11-01456-PSG (RNB)<br><br>**JUDGMENT** |

Pursuant to the Order Accepting Findings and Recommendation of United States Magistrate Judge,

IT IS HEREBY ADJUDGED that the Petition is denied and this action is dismissed with prejudice.

DATED: 11/9/11

_____
PHILIP S. GUTIERREZ
UNITED STATES DISTRICT JUDGE

ENTERED - SOUTHERN DIVISION
CLERK, U.S. DISTRICT COURT
NOV 14 2011
CENTRAL DISTRICT OF CALIFORNIA
BY ___ DEPUTY